**No. 58524.**—Sinaco Co., Inc., and H. W. Robinson & Co., Inc. *v.* United States, protests 166836–K, 182058–K, and 200159–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *United States* v. *M. & D. Miller, Inc.* (41 C. C. P. A. 226, C. A. D. 556), the claim of the plaintiffs was sustained.